

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-26-00065-CV

———————————————

IN RE CLINTON EDWARD NEWMAN, Relator

Original Proceeding
372nd District Court of Tarrant County, Texas
Trial Court No. 1698213

Before Sudderth, C.J.; Bassel and Wallach, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered all of relator's filings and is of the opinion that relief should be denied.  Accordingly, all relief requested is denied.

Per Curiam

Delivered:  January 30, 2026